## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | :  CRIMINAL NO. 5:14-CR-27-CAR |
| | : |
| v. | :  VIOLATION: |
| | : |
| RODREQUIST WARREN | :  18 U.S.C. § 922(n) |
| | :  18 U.S.C. § 924(a)(1)(D) |
| _____ | :  18 U.S.C. § 922(k) |
| | :  18 U.S.C. § 924(a)(1)(B) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### 18 U.S.C. 922(n)
### ILLEGAL RECEIPT OF A FIREARM BY A PERSON UNDER INDICTMENT

On or about November 13, 2013 in the Macon Division of the Middle District of Georgia, the defendant, **RODREQUIST WARREN,** who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Robbery by Intimidation, did willfully receive a firearm, that is, a Taurus 9mm semiautomatic pistol, Model PT111 Pro, Serial # TCW19866, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

### COUNT TWO
### 18 U.S.C. 922(k)
### POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER

On or about November 13, 2013 in the Macon Division of the Middle District of Georgia, the defendant, **RODREQUIST WARREN** knowingly possessed and received a firearm, that is, a Taurus 9mm semiautomatic pistol, Model PT111 Pro, Serial # TCW19866, that had been shipped and transported in interstate and foreign commerce from which a manufacturer's serial

number had been removed, altered and obliterated, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

A TRUE BILL.

_____
S/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
GRAHAM A. THORPE
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* ___13 th___ *day of*

_____ May _____, *A.D. 20* 14 _____.

_____
*Deputy Clerk*